## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS | ) | 4: 19 CR 00530 DPM-5 |
| | ) | |
| DEANGALO FURLOW | ) | |

### MOTION FOR CONTINUANCE

Comes now the Defendant, Deangalo Furlow, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on March 28, 2022, at 9:30 a.m.

2. Defense Counsel and the Government are in the midst of plea negotiations that may eliminate the need for a trial in this matter.

3. Defense Counsel would request a continuance of the trial date in order to have more time for the furtherance of plea negotiations.

4. The James Law Firm has not previously requested a continuance in this case.

5. Assistant U.S. Attorney Julie Peters, has indicated that she has no objection to this continuance.

6. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com